# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED JUNE 7, 2023

---

### NO. 03-22-00704-CV

---

**K. L., E. L. and Texas Department of Family and Protective Services, Appellants**

**v.**

**C. P. and S. L., Appellees**

---

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES BAKER, SMITH, AND JONES**
**REVERSED AND REMANDED IN PART -- OPINION BY JUSTICE JONES**

---

This is an appeal from the Order in Suit Affecting the Parent-Child Relationship, signed by the trial court on October 21, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the Order. Therefore, the Court reverses the trial court's Order in Suit Affecting the Parent-Child Relationship in part, and remands the case to the trial court for a new trial solely on the issue of best interest as to both C.P. and S.L. Because C.P. and S.L. are indigent and unable to pay costs, no adjudication of costs is made.